**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DAVID HENRIQUEZ-CHICAS, | Civil Action No.: 17-3971 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| JASIEL CASTELLON, *et al.*, | |
| Defendants. | |

**LINARES**, Chief District Judge.

This matter comes before the Court by way of a stipulation filed by the Parties to this matter. (ECF No. 3). Specifically, the Parties have agreed that Plaintiff will limit the damages requested in this action to an amount less than $75,000.00. (Id.). The effect of this stipulation is to defeat the amount in controversy requirement of diversity jurisdiction under 28 U.S.C. § 1332—the basis of this Court's subject matter jurisdiction in this action. Given that Plaintiff has stipulated to seek damages below the jurisdictional threshold, this Court lacks the subject matter jurisdiction to hear the instant matter. Accordingly,

IT IS on this 19 day of June, 2017,

**ORDERED** that this matter is hereby REMANDED to the Superior Court of New Jersey, Law Division, Union County, under Docket No.: UNN-L-1749-17; and it is further

**ORDERED** that the above-captioned matter is hereby CLOSED.

IT IS SO ORDERED.

JOSE L. LINARES
CHIEF JUDGE, U.S. DISTRICT COURT