UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clerk's Office – Newark, NJ

DAVID HENRIQUEZ–CHICAS

                      Plaintiff,

v.                                   Case No.: 2:17–cv–03971–JLL–JAD

                                                 Judge Jose L. Linares

JASIEL CASTELLON, et al.

                      Defendant.

Clerk, Superior Court of New Jersey
Union County Courthouse
2 Broad Street
Elizabeth, NJ 07207

State No: UNN–L–001749–17

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                Very truly yours,

                                                William T. Walsh, Clerk
                                                By Deputy Clerk, sr

encl.
cc: All Counsel